**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6920

CLARENCE RICKS,

                              Plaintiff - Appellant,

        versus

HELEN F. FAHEY,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:06-cv-00153-RLW)

Submitted: October 17, 2006          Decided: October 20, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Ricks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Ricks appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ricks v. Lahey, No. 3:06-cv-00153-RLW (E.D. Va. Apr. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED